No. 11–1475. ICICLE SEAFOODS, INC. v. CLAUSEN. Sup. Ct. Wash. Certiorari denied.

No. 11–1476. MARCINEK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 11–1477. MAHON v. OELBAUM ET AL. Super. Ct. Pa. Certiorari denied.

No. 11–1479. KEYCORP ET AL. v. SOLLITT. C. A. 6th Cir. Certiorari denied.

No. 11–1480. MUHAMMAD v. SHAW. Ct. App. Ga. Certiorari denied.

No. 11–1481. NICHOLAS v. ALLIANCEONE RECEIVABLES MANAGEMENT, INC. C. A. 11th Cir. Certiorari denied.

No. 11–1482. SAN FRANCISCO AESTHETICS & LASER MEDICINE, INC., ET AL. v. PRESIDIO TRUST ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1483. CARO ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–1484. CARTER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 11–1487. MALBURG v. CALIFORNIA; and
No. 11–1505. MALBURG v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–1488. PARISI v. DAYTON BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 11–1489. O'BRIEN v. KIRLEY ET AL. Ct. App. Wash. Certiorari denied.

No. 11–1492. WERSAL v. SEXTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–1493. OHIO EX REL. VARNAU v. WENNINGER. Sup. Ct. Ohio. Certiorari denied.